**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NICOLE WEST,

      Plaintiff,

v.                                                                          CASE NO: 8:15-cv-1107-T-26JSS

PORTFOLIO RECOVERY ASSOCIATES, LLC,

      Defendant.

_____/

**O R D E R**

      **UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this

case, together with the well-pleaded allegations of the Plaintiff's amended complaint, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss Amended Complaint

(Dkt. 16) is **denied**.  If Defendant's counsel who filed the motion were capable of framing an

answer and affirmative defenses to similarly framed complaints in case numbers 8:15-cv-1088-T-

35MAP and 8:15-cv-1105-T-27MAP, the Court is confident that they will be able to file an

appropriate answer and affirmative defenses to the Plaintiff's amended complaint in this case,

which answer and affirmative defenses shall be filed within fourteen (14) days of this order.

      **DONE AND ORDERED** at Tampa, Florida, on July 2, 2015.

                            s/*Richard A. Lazzara*
                            **RICHARD A. LAZZARA**
                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record